## STATE OF CONNECTICUT *v.* DANTE DELORETO
### (6398)

BORDEN, SPALLONE and FOTI, Js.

Argued April 7—decision released April 26, 1988

*David A. Zippel,* with whom was *Vincent Trantolo* and, on the brief, *Joseph J. Trantolo,* for the appellant (defendant).

*James M. Ralls,* deputy assistant state's attorney, with whom, on the brief, was *Samuel Sferrazza,* assistant state's attorney, for the appellee (state).

PER CURIAM. We have fully reviewed the defendant's claim of evidentiary error, to the extent that the claim has been properly presented to us on appeal and to the extent that the claim coincides with the objections made at trial. With that background in mind, and affording the defendant's claim its proper scope of review, we find the claim to be without merit.

There is no error.